IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| Carlos Elisha Dukain Hinton, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No.: 0:09-cv-573-JFA-PJG |
| | ) | |
| v. | ) | |
| | ) | **RULE 26(f) REPORT** |
| Owens Corning Masonry Products, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

The parties, having consulted pursuant to Rule 26(f), Fed. R. Civ. P., hereby report as follows:

[X] We agree that the schedule set forth in the Conference and Scheduling Order filed March 9, 2009, is appropriate for this case. The parties' proposed discovery plan as required by Fed. R. Civ. P. Rule 26(f) and the information required by Local Civil Rule 26.03 are attached.

[ ] We agree that the schedule set forth in the Conference and Scheduling Order filed March 9, 2009, required modification as set forth in the attached proposed Consent Amended Scheduling Order (use format of the Court's standard scheduling order attached hereto). The parties' proposed discovery plan as required by Fed. R. Civ. P. Rule 26(f) and the information required by Local Civil Rule 26.03 are attached.

[ ] We are unable, after consultation, to agree on a schedule for this case. We, therefore, request a scheduling conference with the Court. The parties' proposed discovery plan as required by 26(f) Fed. R. Civ. P., with disagreements noted, is attached. The information required by Local Civil Rule 26.03 is also attached.

(SIGNATURE PAGE ATTACHED)

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| s/ Matthew K. Johnson | s/ Benjamin M. Mabry |
| Matthew K. Johnson (Fed. Id. No. 6908) | Benjamin M. Mabry, Esq. |
| Robert O. King (Fed. Id. No. 2349) | CROMER & MABRY |
| OGLETREE, DEAKINS, NASH, | 300 Candi Lane |
|   SMOAK & STEWART, P.C. | Columbia, SC 29201 |
| 300 North Main Street | Tel.: (803) 799-9530 |
| PO Box 2757 | Fax: (803) 239-0210 |
| Greenville, SC 29602 | benmabry@cromermabry.com |
| Tel.: (864) 271-1300 | |
| Fax: (864) 235-8806 | D. Bradley Jordan |
| matthew.johnson@ogletreedeakins.com | Jordan Law Firm, PC |
| robert.king@ogletreedeakins.com | 546 East Main Street |
| | PO Box 11785 |
| Attorneys for Defendant, | Rock Hill, SC 29731 |
| Owens Corning Masonry Products, LLC | Tel.: (803) 817-7999 |
| | Fax: (803) 817-9704 |
| | bradjordan@comporium.net |
| | |
| | Attorneys for Plaintiff, |
| | Carlos Elisha Dukain Hinton |
| Dated: March 30, 2009 | Dated: March 30, 2009 |

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| Carlos Elisha Dukain Hinton, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No.: 0:09-cv-573-JFA-PJG |
| | ) | |
| v. | ) | |
| | ) | **CERTIFICATE OF SERVICE** |
| Owens Corning Masonry Products, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

I hereby certify that on this 30th day of March 2009, I have caused a true and correct copy of the foregoing Rule 26(f) Report to be filed electronically with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

> D. Bradley Jordan, Esq.
> Jordan Law Firm, PC
> 546 East Main Street
> PO Box 11785
> Rock Hill, SC 29731
> E-mail: bradjordan@comporium.net
>
> Benjamin M. Mabry, Esq.
> Cromer & Mabry
> 300 Candi Lane
> Columbia, SC 29201
> E-mail: benmabry@cromermabry.com

> s/ Matthew K. Johnson
> Matthew K. Johnson (Id. No. 6908)

7117143.1 (OGLETREE)